# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

MARTHA THOMAS,

        Plaintiff,

v.                              CIVIL ACTION NO. 2:16-cv-012500

TISSUE SCIENCE LABORATORIES LIMITED,

        Defendant.

## MEMORNADUM OPINION AND ORDER

On December 13, 2019, I entered an order directing plaintiff to show cause on or before December 27, 2019, why her case should not be dismissed without prejudice as to the remaining defendant pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff has not shown cause. The court **ORDERS** that plaintiff's case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendant within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: December 30, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE